UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAMS,<br><br>    Defendant. | No. 2:17-cv-1003 JAM AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for a twenty-one day extension of time to file a response to the September 15, 2017 order to show cause. ECF No. 8. His current deadline to response is October 18, 2017.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted.

2. Plaintiff shall have an additional twenty-one days, up to and including November 8, 2017, to file a response to the September 15, 2017 order to show cause.

DATED: October 13, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE