UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | No. 2:17-cv-1003 JAM AC P |
| Plaintiff, | |
| v. | <u>RELATED CASE ORDER</u> |
| WILLIAMS, | |
| Defendant. | |

| | |
|---|---|
| Weaver v. William | No. 2:17-cv-1852 CKD P |
| Weaver v. William | 2:17-cv-1853 EFB P |
| Weaver v. Thao | 2:17-cv-1854 CKD P |
| Weaver v. Shaddiky | 2:17-cv-1913 KJN P |
| Weaver v. William | 2:17-cv-1961 EFB P |
| Weaver v. William | 2:17-cv-1972 CKD P |
| Weaver v. William | 2:17-cv-2013 KJN P |
| Weaver v. William | 2:17-cv-2146 MCE CMK P |
| Weaver v. Shaddiky | 2:17-cv-2182 EFB P |
| Weaver v. William | 2:17-cv-2183 KJN P |
| Weaver v. Shaddiky | 2:17-cv-2184 AC P |
| Weaver v. William | 2:17-cv-2214 EFB P |
| Weaver v. William | 2:17-cv-2215 AC P |
| Weaver v. O Brian | 2:17-cv-2267 JAM DB P |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve similar parties, claims, and legal issues and relation of these cases will substantially decrease the duplication of labor which would occur if

1

they were heard by different judges.  Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.

Accordingly, IT IS ORDERED that the following actions are reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire and shall be identified as designated below:

| Previous designation | New designation |
| --- | --- |
| 2:17-cv-1852 CKD P | 2:17-cv-1852 JAM AC P |
| 2:17-cv-1853 EFB P | 2:17-cv-1853 JAM AC P |
| 2:17-cv-1854 CKD P | 2:17-cv-1854 JAM AC P |
| 2:17-cv-1913 KJN P | 2:17-cv-1913 JAM AC P |
| 2:17-cv-1961 EFB P | 2:17-cv-1961 JAM AC P |
| 2:17-cv-1972 CKD P | 2:17-cv-1972 JAM AC P |
| 2:17-cv-2013 KJN P | 2:17-cv-2013 JAM AC P |
| 2:17-cv-2146 MCE CMK P | 2:17-cv-2146 JAM AC P |
| 2:17-cv-2182 EFB P | 2:17-cv-2182 JAM AC P |
| 2:17-cv-2183 KJN P | 2:17-cv-2183 JAM AC P |
| 2:17-cv-2184 AC P | 2:17-cv-2184 JAM AC P |
| 2:17-cv-2214 EFB P | 2:17-cv-2214 JAM AC P |
| 2:17-cv-2215 AC P | 2:17-cv-2215 JAM AC P |
| 2:17-cv-2267 JAM DB P | 2:17-cv-2267 JAM AC P |

DATED:  January 12, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE