UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAMS,<br><br>        Defendant. | No.  2:17-cv-1003 JAM AC P<br><br><br>**ORDER** |

Plaintiff is a state prisoner, proceeding without counsel. On February 26, 2018, the Honorable John A. Mendez filed an order declaring plaintiff a vexatious litigant ("vexatious litigant order"). ECF No. 14. Good cause appearing, IT IS HEREBY ORDERED that:

1. The vexatious litigant order is amended to direct the Clerk of the Court to open a new case for each attempted new case pleading filed by plaintiff;

2. The Clerk of the Court shall assign all new cases filed by plaintiff to the undersigned and Magistrate Judge Allison Claire;

3. The undersigned will review the new cases for compliance with the vexatious litigant order;

4. All new case filed by plaintiff that fail to meet the requirements of the vexatious litigant order will be ordered dismissed and closed; and

////

1

5. The vexatious litigant order remains unchanged in all other respects.

Dated: April 25, 2024                           /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE